UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CATHERINE E. BRADIS, SR.,**

    **Plaintiff,**

v.                                                            Case No.: 8:24-cv-02151-AAS

**MARTIN O'MALLEY,**
**Commissioner of Social Security**
**Administration,**

    **Defendant.**
_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 18). This request is unopposed. (*Id.*, p. 1).

The Commissioner requests remand with entry of judgment for these reasons:

> On remand, the Appeals Council will instruct the Administrative Law Judge to: (1) if necessary, further develop the record pertaining to Plaintiff's past relevant work; (2) determine whether Plaintiff's impairment(s) prevent her from doing her past relevant work; (3) if necessary, continue the sequential evaluation process; and (4) offer Plaintiff the opportunity for a hearing and issue a decision.

(*Id.*). Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or

without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Commissioner's unopposed motion for entry of judgment with remand (Doc. 18) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and close the file.

**ENTERED** in Tampa, Florida, on January 14, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge